UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| RALPH GAMBLES, THOMAS MERCK and ELSIE COMPO, | Case No. 1:19-mi-00063-CAP-JKL |
| Movants, | |
| v. | |
| LexisNexis Risk Solutions FL Inc., | |
| Respondent. | |

| | |
|---|---|
| RALPH GAMBLES, THOMAS MERCK and ELSIE COMPO, individually and as representatives of the Classes, | Case No. 1:15-cv-09746-PAE Southern District of New York |
| Plaintiffs, | |
| v. | |
| STERLING INFOSYSTEMS, INC., | |
| Defendant. | |

## MOTION FOR CONTINUANCE

Plaintiffs Ralph Gambles, Thomas Merck and Elsie Compo ("Movants" or "Plaintiffs"), by their undersigned counsel, hereby move for

1

2

continuance of the telephonic hearing on their motion to compel scheduled for Thursday, May 23, 2019, at 2:00 p.m.

Plaintiffs' counsel has a deposition scheduled on May 23, 2019 and, therefore, respectfully requests that the Court continue the telephonic hearing to June 6 or 7.

Plaintiffs have conferred with counsel for Respondent, and while Respondent does not consent to this request, it has indicated that it is available on those days.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:  April 22, 2019 | /s/ E. Michelle Drake<br>E. Michelle Drake, SBN 229202<br>Joseph C. Hashmall*<br>BERGER MONTAGUE PC<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel.: 612.594.5999<br>Fax: 612.584.4470<br>Email: emdrake@bm.net<br>            jhashmall@bm.net<br><br>*pro hac vice* forthcoming<br><br>Counsel for Movants/Plaintiffs |